PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Alyson.Berg2@usdoj.gov

ATTORNEYS FOR UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, L.G.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLINICA SIERRA VISTA; NAJEEB K. ANSARI; KATHLEEN KALFMAN; ALEJANDRA VALDEZ BORJAS; and Does 1-100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 1:24-cv-00421-KES-SAB<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST THE UNITED STATES AND REMAND TO FRESNO SUPERIOR COURT** |

IT IS HEREBY STIPULATED by and between the Plaintiff Jane Doe L.G. and Defendant United States of America (the "parties"), through their undersigned counsel, and with the court's permission, as follows:

1. On December 4, 2023, Plaintiff Jane Doe L.G. filed a complaint in Fresno County Superior Court alleging claims against Clinica Sierra Vista; Najeeb K. Ansari, M.D.; Kathleen Kalfman; and Alejandra Valdez Borjas ("the State Court Action"). *See* Notice of Removal Ex. A; Doc. No.1-1. The complaint in the State Court Action contains eight causes of action including (1) negligence against Defendants Clinica Sierra Vista, Kathleen Kalfman, and Alejandra Valdez Borjas; (2) negligent hiring, supervision, training and retention against Clinica Sierra Vista and Kathleen Kalfman; (3) sexual

harassment against all defendants; (4) sexual assault of a minor against Dr. Ansari; (5) sexual battery of a minor against Dr. Ansari; (6) gender violence against Dr. Ansari;(7) violation of the California Unruh Act against all defendants; and (8) intentional infliction of emotional distress against all defendants. *Id*.

2. The Complaint was tendered to the Department of Health and Human Services (HHS). HHS and the United States Attorney determined that among the defendants named in the State Court Action, only Defendants Clinica Sierra Vista and Alejandra Valdez Borjas were deemed employees of the Public Health Service under 42 U.S.C. § 233 and that the allegations asserted in the causes of action against Borjas and Clinica Sierra Vista relate to medical services provided in connection with that deemed employment. ECF No. 1-2. Ansari was not a deemed employee of the Public Health Service. For that reason, the claims Plaintiff brought against Clinica Sierra Vista and Borjas must be brought against the United States pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C §§ 1346(b), 2671–80. *See* 42 U.S.C. § 233(a).

3. On April 9, 2024, in accordance with 42 U.S.C. § 233, the United States Attorney's Office removed the State Court Action to Federal Court on behalf of Defendants Clinica Sierra Vista and Alejandra Valdez Borjas. ECF No. 1. The United States was then substituted in as Defendant in place of Defendants Clinica Sierra Vista and Alejandra Valdez Borjas. ECF No. 4.

4. The claims Plaintiff brought in causes of action One, Two, Three, Seven, and Eight against Defendants Clinica Sierra Vista and Alejandra Valdez Borjas are now claims against the United States under the FTCA. In order to proceed with an FTCA claim, a plaintiff must first administratively exhaust by presenting her claim to HHS and then receiving a denial or waiting six months before filing a lawsuit. *See* 28 U.S.C. § 2675(a). A plaintiff's failure to do so deprives the court of subject matter jurisdiction over any filed lawsuit.

5. Plaintiff has not submitted any administrative claims concerning her allegations against Defendants Clinica Sierra Vista and Alejandra Valdez Borjas, and so Plaintiff has not administratively exhausted FTCA claims.

6. Remanding this action to the Fresno County Superior Court will serve the interests of efficiency and judicial economy. It will also provide the relief sought by Plaintiff in her Complaint by allowing her to proceed with her claims against the remaining defendants, who were not deemed

employees of Public Health Service, and whose claims are not subject to Federal jurisdiction. Additionally, there is a pending Motion to Consolidate Plaintiff's claims against Ansari with a different Fresno County Superior Court action.

For the foregoing reasons, the parties stipulate and respectfully request that the Court dismiss Claims One, Two, Three, Seven and Eight against the United States and remand the matter to the Fresno County Superior Court with each party to bear its own fees and costs.

Dated: April 16, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Dated: April 16, 2024

MANN ROGAL APC

 /s/  Justin R. Rogal
Attorney for Plaintiff

Having considered the parties' stipulation, and good cause appearing, the Court dismisses Claims One, Two, Three, Seven and Eight against the United States. The Court remands the matter to the Fresno County Superior Court. Each party will bear its own fees and costs.

IT IS SO ORDERED.

Dated:   April 17, 2024

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO DISMISS
CLAIMS AGAINST USA AND REMAND

3